## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY JEAN ELICAN, et al., | : | CIVIL ACTION |
| vs. | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : | NO. 17-03105 |

### O R D E R

**AND NOW, TO WIT:** This 1st day of June, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 6/1/18 to:
Anthony Joseph DiUlio, Esq.
Mario Barnabei, Esq.
Michael P. Maguire, Esq.
Gary M. Every, II, Esq.

Civ 2 (7/83)

41.1(b)